In the Matter of the Application of NELLIE FIELD, Respondent, for Payment of the Award Made for Parcels Nos. 30 and 34 on the Damage Map and in the Final Report of the Commissioners of Estimate and Commissioner of Assessment in the Proceeding to Acquire Title to Deleplaine Street from Eighty-sixth Street to Dyker Beach Park, in the Borough of Brooklyn, City of New York. PAULINE S. SPARROW, Appellant.— Order unanimously affirmed, with costs, on authority of Matter of Field (ante, p. 689), decided herewith. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of SAM HAMLIN, Appellant, against JAMES H. GARMESEY and ABRAHAM B. HERTZ, Attorneys at Law, Respondents.— Order denying motion to fix attorneys' lien and to direct payment of the difference between the amount of the lien and the amount collected, and dismissing the proceeding on the merits affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

In the Matter of the Application of ACHITOB MILLNER, Respondent, for a Mandamus Order against MILLNER & SON, INC., Defendant; DAVID S. STERN, as President of MILLNER & SON, INC., and SADIE SIEGAL, as Secretary of MILLNER & SON, INC., Appellants.— Peremptory mandamus order unanimously affirmed, with costs, as a matter of discretion. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SIROTA, Appellant, for a Peremptory Mandamus Order against JAMES J. MONAHAN, Clerk of the Municipal Court of the City of New York, Borough of Brooklyn, Fourth District, Respondent.— Order denying relator's motion for a peremptory mandamus order reversed on the law and not in the exercise of discretion, without costs, and motion granted. We are of opinion that the order in question, having been signed by a justice of the court with the direction that it should be entered, should have been received and filed by the clerk. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Davis, J., dissent.

JAMAICA IRON WORKS, INC., Respondent, v. WACROSE CORPORATION and ROYAL INDEMNITY COMPANY, Appellants.— Judgment unanimously affirmed, with costs. The trial proceeded without any question as to the validity of the lien. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CAROLINE FLORENCE KING (Formerly Known as CAROLINE FLORENCE MOORE), Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.